| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
|   | EASTERN DISTRICT OF TEXAS |
| 2 | SHERMAN DIVISION |

| | | |
|---|---|---|
| 4 | UNITED STATES OF AMERICA | DOCKET NO. 4:13CR176 |
| 5 | VS. | APRIL 24, 2015 |
|   |    | 11:02 A.M. |
| 6 | ESMERALDA LOZADA | BEAUMONT, TEXAS |

-----------------------------------------------------------------

VOLUME 1 OF 1, PAGES 1 THROUGH 9

REPORTER'S TRANSCRIPT OF SENTENCING HEARING

BEFORE THE HONORABLE MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

-----------------------------------------------------------------

APPEARANCES:

FOR THE GOVERNMENT:   LESLIE DAVIS
                     U.S. ATTORNEY'S OFFICE
                     101 EAST PARK BOULEVARD
                     SUITE 500
                     PLANO, TEXAS 75074

FOR THE DEFENDANT:    DENISE BENSON
                     FEDERAL PUBLIC DEFENDER
                     600 EAST TAYLOR
                     SUITE 4000
                     SHERMAN, TEXAS 75090

COURT REPORTER:       TONYA B. JACKSON, RPR-CRR
                     FEDERAL OFFICIAL REPORTER
                     300 WILLOW, SUITE 239
                     BEAUMONT, TEXAS 77701

PROCEEDINGS REPORTED USING COMPUTERIZED STENOTYPE;
TRANSCRIPT PRODUCED VIA COMPUTER-AIDED TRANSCRIPTION.

```
             1              [OPEN COURT, DEFENDANT PRESENT VIA
             2  VIDEOCONFERENCE.]
             3              THE COURT:  All right.  This is Case
             4  No. 4:13CR176, Defendant 3, United States of America
11:02AM      5  versus Esmeralda Lozada.
             6              Are you ready to proceed?
             7              MS. DAVIS:  Yes, your Honor.  Leslie Davis for
             8  the government.
             9              MS. BENSON:  Denise Benson for Mrs. Esmeralda
11:02AM     10  Lozada.  This is actually Robert Arrambide's case, but
            11  she's agreed to consent to have me represent her during
            12  sentencing.
            13              THE COURT:  All right.  Has she signed the
            14  video waiver form?
11:02AM     15              MS. BENSON:  Yes, she has, your Honor.
            16              THE COURT:  Okay.  Have counsel and the
            17  defendant read and discussed the presentence report,
            18  including any revisions?
            19              MS. BENSON:  Yes, we have, your Honor.
11:02AM     20              THE COURT:  And has counsel fully explained
            21  the report to the defendant?
            22              MS. BENSON:  Yes, I have, your Honor.
            23              THE COURT:  Ms. Lozada, do you fully
            24  understand the presentence report?
11:03AM     25              THE DEFENDANT:  Yes, ma'am.
```

Tonya B. Jackson, RPR-CRR
409.654.2833

|  |  |
|---|---|
| 1 | THE COURT: Does counsel or defendant wish to |
| 2 | make any comments, additions, or corrections to the |
| 3 | report? |
| 4 | MS. BENSON: No, your Honor. |
| 11:03AM 5 | THE COURT: And, Ms. Lozada, does the report |
| 6 | adequately cover your background? |
| 7 | THE DEFENDANT: Yes, ma'am. |
| 8 | THE COURT: Has the government read the |
| 9 | report; and does it wish to make any comments, additions, |
| 11:03AM 10 | or corrections? |
| 11 | MS. DAVIS: Yes, your Honor, we have read the |
| 12 | report; and we do not have any comments, additions, or |
| 13 | corrections. |
| 14 | THE COURT: And no objections were filed; is |
| 11:03AM 15 | that correct? |
| 16 | MS. BENSON: That's correct, your Honor. |
| 17 | MS. DAVIS: Yes, your Honor. |
| 18 | THE COURT: To the extent the court previously |
| 19 | deferred acceptance of the plea agreement, it is now |
| 11:03AM 20 | accepted. |
| 21 | The court finds that the information contained |
| 22 | in the presentence report has sufficient indicia of |
| 23 | reliability to support its probable accuracy. The court |
| 24 | adopts the factual findings, undisputed facts, and |
| 11:03AM 25 | guideline applications in the presentence report. |

```
                                                                    4
 1              Based upon a preponderance of the evidence
 2   presented and the facts in the report, while viewing the
 3   Sentencing Guidelines as advisory, the court concludes
 4   that the total offense level is 17, the criminal history
 5   level is I, which provides for an advisory guideline
 6   range of 24 to 30 months.
 7              Does defendant's counsel wish to make any
 8   remarks on behalf of the defendant?
 9              MS. BENSON:  Yes, your Honor.  Ms. Lozada
10   would ask the court to impose the recommended sentence in
11   the presentence report of 24 months.  This is her first
12   contact of any kind with the criminal justice system.
13   Her role in this was that she was a receptionist at the
14   doctor's office.  She has admitted her culpability.  She
15   has been cooperating since day one.  I believe she's
16   scheduled to testify at the trial when it occurs.
17              And, so, based on all those circumstances, we
18   would ask that you sentence her to the low end of the
19   guidelines.  And she would also ask the court to allow
20   her to voluntarily surrender.
21              THE COURT:  Okay.  Ms. Lozada, would you like
22   to make a statement?
23              THE DEFENDANT:  Just I'm sorry for what I did,
24   and it will never happen again.
25              THE COURT:  Okay.  And does the attorney for
```

```
                                                                5
  1  the government wish to make any remarks?
  2           MS. DAVIS:  Yes, your Honor.  We concur with
  3  Ms. Benson.  Ms. Lozada has been cooperative from the
  4  beginning.  She will be a necessary witness.  I believe
  5  the current trial date is October 5th, 2015, against the
  6  three remaining co-defendants.
  7           We also concur in the recommendation that she
  8  be sentenced to the low end of the range.
  9           THE COURT:  Does counsel know of any reason
 10  why sentence should not be imposed at this time?
 11           MS. BENSON:  Not from the defendant, your
 12  Honor.
 13           THE COURT:  Pursuant to the Sentencing Reform
 14  Act of 1984, having considered the factors noted in
 15  18 U.S.C., Section 3553(a), and after having consulted
 16  the advisory Sentencing Guidelines, it is the judgment
 17  of the court that the defendant Esmeralda Lozada is
 18  hereby committed to the custody of the Bureau of Prisons
 19  to be imprisoned for 24 months on Count 1 of the
 20  indictment.
 21           The court finds the defendant does not have
 22  the ability to pay a fine.  The court will waive the fine
 23  in this case.
 24           It is ordered the defendant shall pay the
 25  United States a special assessment of $100 which is due
```

Tonya B. Jackson, RPR-CRR
409.654.2833

```
                                                              6
         1  and payable immediately.  Any and all financial penalties
         2  shall be made payable by cashier's check or money order
         3  made out to the United States District Court and
         4  forwarded to the Fine and Restitution Section, U.S.
11:06AM  5  Courts, 1910 E. Southeast Loop 323, No. 287, Tyler, Texas
         6  75701.
         7            Upon release from imprisonment, the defendant
         8  shall be on supervised release for a term of 1 year.
         9  Within 72 hours of release from the custody of the Bureau
11:06AM 10  of Prisons, the defendant shall report in person to the
        11  probation office in the district to which the defendant
        12  is released.
        13            The defendant shall not commit another
        14  federal, state, or local crime and shall comply with the
11:06AM 15  standard conditions that have been adopted by this court.
        16  In addition, the defendant shall comply with the
        17  mandatory and special conditions set forth in the
        18  defendant's presentence report.
        19            The court finds this to be a reasonable
11:06AM 20  sentence in view of the nature and circumstances of the
        21  offense entailing the defendant's participation in a
        22  conspiracy to distribute controlled substances; her
        23  working as a receptionist for a physician for over
        24  five years whom she knew unlawfully sold prescriptions
11:06AM 25  for hydrocodone, Alprazolam, and promethazine with
```

1   codeine for cash; her furthering this unlawful activity
2   by falsifying patient charts by writing on medical forms
3   that they all had the same symptoms of anxiety, back
4   pains, and coughing; and her relatively minor role in the
5   offense.  It will serve as just punishment, promote
6   respect for the law, and deter future violations of the
7   law.
8              You have a right to appeal your conviction if
9   you believe that your guilty plea was somehow unlawful or
10  involuntary or if there was some other fundamental defect
11  in the proceedings that was not waived by your guilty
12  plea.  You have a statutory right to appeal your sentence
13  under certain circumstances, particularly if you think
14  the sentence is contrary to law.
15             A defendant, however, may waive those rights
16  as part of a plea agreement and you've entered into a
17  plea agreement which waives certain rights to appeal your
18  conviction and sentence.
19             With the exception of the reservation of the
20  right to appeal on specified grounds set forth in the
21  plea agreement, you've waived any appeal, including
22  collateral appeal, of any error which may have occurred
23  surrounding the substance, procedure, or form of the
24  conviction and sentence in this case.  Such waivers are
25  generally enforceable; but if you believe the waiver is

unenforceable, you can present that theory to the appellate court.

With few exceptions any notice of appeal must be filed within 14 days of judgment being entered in your case. If you're unable to pay the cost of an appeal, you may apply for leave to appeal *in forma pauperis*. If you so request, the clerk of the court will prepare and file a notice of appeal on your behalf.

The presentence report is made part of the record and is placed under seal except counsel for the government and defense may have access to it for purposes of appeal.

Were there any other counts?

MS. DAVIS: No, your Honor.

THE COURT: And I'll let her surrender two weeks from today, which would --

What date would that be, Ms. Hedges?

COURTROOM DEPUTY: May 8th.

THE COURT: Okay. May 8th.

And is there a particular facility you wish to request?

MS. BENSON: Carswell would be the closest, your Honor.

THE COURT: All right. I'll recommend Carswell.

1         If there's nothing further, then you're
2    excused.
3         (Proceedings adjourned, 11:08 a.m.)
4
5
6    COURT REPORTER'S CERTIFICATION
7         I HEREBY CERTIFY THAT ON THIS DATE, JULY 7,
8    2016, THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE
9    RECORD OF PROCEEDINGS.
10
11
12                    /s/
                TONYA JACKSON, RPR-CRR
13
14
15
16
17
18
19
20
21
22
23
24
25