# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

**DATE:** July 28, 2016

**U.S. DISTRICT JUDGE**:  **DAVID O'TOOLE**
    **MARCIA A. CRONE**  CLERK OF COURT
**COURT REPORTER:** Lori Barnett, Bryn & Associates
**COURTROOM DEPUTY:** Sammie Hedges

| UNITED STATES OF AMERICA vs. HABIBOOLA NIAMATALI (1) | Criminal No: 4: 13 cr 176 |
|---|---|

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Glenn Jackson, Josh Russ, AUSA<br>Susannah Herkert, DEA Investigator | Tom Mills, Nancy Kennedy |

On this day, came the parties by their attorneys and the following proceedings were held in Courtroom 105, Plano, Texas.

| TIME: | MINUTE |
|---|---|
| 8:39 am | Jury Trial Day 4, Direct of Dr. Niamatali continued. |
| 10:14 am | 20 min recess |
| 10:43 am | Court resumes out of presence of jury re remainder of testimony of defendant. |
| 10:45 am | Jury returns, direct of Niamatali continued. |
| 10:55 am | Cross buy gov. |
| 12:03 pm | Lunch recess for 1.5 hr. |
| 1:40 pm | Court resumes, Cross of Niamatali continued. |
| 2:41 pm | Defense rest case. Jury returns to jury room, |
|  | Government discusses bifurcating the forfeiture issue |
| 2:52 pm | Jury returns. -Government closes, Defendant renews motion for judgment of acquittal |

CASE NO.             DATE:
PAGE 2 - PROCEEDINGS CONTINUED:

| TIME: | MINUTE |
|---|---|
|  | Motion denied. Defendant closes. |
| 2:54 pm | Jury excused. Court discusses charge and will have charge conference in chambers shortly. |
| 2:56 pm | Court in recess |
|  | Charge conference held in chambers - 30 mis. |
| 5:01 pm | Jury returns. Court reads COURT'S INSTRUCTIONS TO THE JURY. |
| 5:25 pm | Jury excused until 8:30 am Parties will now have 1 hr each side for closing arugments. |
| 5:27 pm | Court adjouned. |
|  |  |
|  |  |
|  |  |