IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. 4:13CR176 |
| | § | Judge Crone |
| HABIBOOLA NIAMATALI (1) | § | |

## EXHIBIT LIST

July 2016

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
| --- | --- | --- | --- | --- | --- |
| 1a | Tanisha Washington | Recording of November 9, 2010, undercover meeting at Lancaster Clinic | 25 | | ✓ |
| 1b | Tanisha Washington | Transcript of Exhibit 1a | 25 | | ✓ |
| 1c | Tanisha Washington | Photographs from Exhibit 1a | 25 | | ✓ |
| 2 | Tanisha Washington | Pharmacy receipts for controlled substances prescription | 25 | | ✓ |
| 3 | Tanisha Washington | Controlled substances | 25 | | ✓ |
| 4a | Tanisha Washington | Recording of November 17, 2010, undercover meeting at Garland Clinic | 25 | | ✓ |
| 4b | Tanisha Washington | Transcript of Exhibit 4a | 25 | | ✓ |
| 4c | Tanisha Washington | Photograph from Exhibit 4a | 25 | | ✓ |
| 5 | | Reserved | — | | — |
| 6 | Tanisha Washington | Prescriptions for controlled substances | 25 | | ✓ |
| 7 | Nick Bristow | Prescriptions for controlled substances | 25 | | ✓ |
| 8a | Tanisha Washington | Recording of December 17, 2010, undercover meeting at Lancaster Clinic | 26 | | ✓ |
| 8b | Tanisha Washington | Transcript of Exhibit 8a | 26 | | ✓ |
| 9 | Tanisha Washington | Pharmacy receipts for controlled substances prescription | 25 | | ✓ |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 10 | Nick Bristow | Pharmacy receipts for controlled substances prescription | 25 | | ✓ |
| 11 | Tanisha Washington | Controlled substances | 26 | | ✓ |
| 12a | Tanisha Washington | Recording of January 18, 2011, undercover meeting at Lancaster Clinic | 26 | | ✓ |
| 12b | Tanisha Washington | Transcript of Exhibit 12a | 25 | | ✓ |
| 12c | Tanisha Washington | Photographs from Exhibit 12a | 25 | | ✓ |
| 13 | Tanisha Washington | Prescription for controlled substances | 25 | | ✓ |
| 14a | Tanisha Washington | Recording of February 17, 2011, undercover meeting at Lancaster Clinic | 26 | | ✓ |
| 14b | Tanisha Washington | Transcript of Exhibit 14a | 26 | | ✓ |
| 14c | Tanisha Washington | Photographs from Exhibit 14a | 25 | | ✓ |
| 15 | Tanisha Washington | Prescription for controlled substances | 25 | | ✓ |
| 16 | Tanisha Washington | Controlled substances | 25 | | ✓ |
| 17 | | Reserved | | | |
| 18 | | Reserved | | | |
| 19 | Nick Bristow | Recording of February 23, 2011, surveillance outside Garland Clinic | 25 | | ✓ |
| 20 | Chris Woolbright | Recording of May 10, 2011, surveillance outside Lancaster Clinic | 25 | | ✓ |
| 21 | Chris Woolbright | Recording of May 11, 2011, surveillance outside Garland Clinic | 25 | | ✓ |
| 22 | Chris Huerta | Recording of May 31, 2011, interaction with Habiboola Niamatali after traffic stop | 25 | | ✓ |
| 23a | Susannah Herkert | Recording of June 15, 2011, interview of Habiboola Niamatali | 25 | | ✓ |
| 23b | Susannah Herkert | Transcript of Exhibit 23a | 25 | | ✓ |

Exhibit List – Niamatali
Page 2

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 24 | Tanisha Washington or Chris Woolbright | Signs inside Lancaster Clinic | 25 | | ✓ |
| 25 | Tanisha Washington or Chris Woolbright | Signs inside Lancaster Clinic | 25 | | ✓ |
| 26 | Tanisha Washington or Chris Woolbright | Signs inside Lancaster Clinic | 25 | | ✓ |
| 27 | Tanisha Washington or Chris Woolbright | Signs inside Lancaster Clinic | 25 | | ✓ |
| 28 | Tanisha Washington or Chris Woolbright | Signs inside Lancaster Clinic | 25 | | ✓ |
| 29 | | Reserved | | | |
| 30 | Chris Woolbright | Documents found in Lancaster Clinic on June 15, 2011 | 26 | ✓ | ✓ |
| 31 | Chris Woolbright | Note found in Lancaster Clinic on June 15, 2011 | 26 | ✓ | ✓ |
| 32 | Susannah Herkert or Chris Woolbright | Patient files found in Lancaster Clinic on June 15, 2011 | | | |
| 33 | Susannah Herkert or Chris Neel | Patient files found in Garland Clinic on June 15, 2011 | | | |
| 34 | Tanisha Washington or Chris Neel | Signs inside Garland Clinic | 25 | | ✓ |
| 35 | | Reserved | | | |

Exhibit List – Niamatali
Page 3

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 36 | | Reserved | | | |
| 37 | Susannah Herkert | Photographs of cash and other items found inside Hickory Creek residence on June 15, 2011 | 25 | | ✓ |
| 38 | Susannah Herkert | Texas DPS Prescription Monitoring Program (PMP) records for Habiboola Niamatali | 27 | ✓ | ✓ |
| 39 | Susannah Herkert | Summary Chart of PMP records – controlled substances prescribed by Habiboola Niamatali from September 2008 – June 2011 | 25 | ✓ | ✓ |
| 40 | Susannah Herkert | Summary Chart of PMP records – residence locations of individuals that filled prescriptions | 25 | ✓ | ✓ |
| 41 | Susannah Herkert | Summary Chart of PMP records – pharmacy locations where prescriptions were filled | 25 | ✓ | ✓ |
| 42 | Susannah Herkert | Summary chart of patient files – residence locations of individuals in relation to Lancaster Clinic | 26 | ✓ | ✓ |
| 43 | Susannah Herkert | Summary chart of patient files – residence locations of individuals in relation to Garland Clinic | 26 | ✓ | ✓ |
| 44 | | Reserved | | | |
| 45 | Susannah Herkert or Chris Neel | Patient file of ND | 26 | ✓ | ✓ |
| 46 | Susannah Herkert or Chris Neel | Patient file of KD | 26 | ✓ | ✓ |
| 47 | Susannah Herkert or Chris Neel | Patient file of CH | | | |
| 48 | Susannah Herkert or Chris Neel | Patient file of BM | 26 | ✓ | ✓ |
| 49 | Susannah Herkert or Chris Neel | Patient file of GP | 26 | ✓ | ✓ |
| 50 | Shirley Niamatali | Certified Plea Agreement | | | |
| 51 | Esmeralda Lozada | Certified Plea Agreement | | | |


| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 52 | Lisa Tumlison | Certified Plea Agreement | 26 | | ✓ |
| 53 | Dr. Graves Owen | Medical Opinion | | | |
| 54 | Susannah Herkert or Nick Bristow or Chris Neel | Garland Clinic patient file of Nick Draper | 27 | ✓ | ✓ |
| 55 | Susannah Herkert or Nick Bristow or Chris Woolbright | Lancaster Clinic patient file of Nick Draper | 27 | ✓ | ✓ |
| 56 | Susannah Herkert or Tanisha Washington or Chris Woolbright | Lancaster Clinic patient file of Tanisha Washington | 26 | ✓ | ✓ |

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

/s/ G.R. Jackson
G. R. JACKSON
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic filing by CM/ECF to the below listed attorneys on July 18, 2016.

/s/ G.R. Jackson
G. R. JACKSON
Assistant United States Attorney