IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. 4:13CR176-MAC-DDB |
| | § | |
| HABIBOOLA NIAMATALI | § | |

## MOTION FOR A PRELIMINARY ORDER OF FORFEITURE

The United States respectfully requests that the Court issue a preliminary order of forfeiture in this case. In support of its motion, the government states as follows:

1. On July 10, 2013, the United States of America obtained an Indictment against defendant **Habiboola Niamatali** charging a violation of 21 U.S.C. § 846.

2. The Indictment and Bills of Particulars included a Notice of Intention to Seek Criminal Forfeiture pursuant to 21 U.S.C. § 853 that provided notice that the government intended to seek forfeiture of the defendant's interest in the following:

    a.    2008 Infinity M35, VIN JNKAY01EX8M605430;

    b.    $214,070.62 in United States currency;

    c.    Cashier's check for $93,067.84 from Compass Bank account number XXXX3654;

    d.    Cashier's check for $51,881.91 from Compass Bank account number XXXX7342;

    e.    Cashier's check for $300,000.00 from Pershing LLC/Sanders Morris Harris Inc., account number XXX-XX1129;

    f.    Cashier's check for $30,000.00 from Pershing LLC/Sanders Morris Harris Inc., account number XXX-XX3794;

    g.    Cashier's check for $6,000.00 from Pershing LLC/Sanders Morris

    Harris Inc., account number XXX-XX2987; and

  h.  The defendant's Texas medical license.

  3.  **Habiboola Niamatali** was found guilty as to Count One of the Indictment. The Jury returned a Supplemental Verdict Form (Dkt. 277) which determined that the property listed in paragraph two constituted proceeds derived from or traceable to Count One of the Indictment or was involved in or used in the knowing violation of Count One of the Indictment.

  4.  The government requests the Court forfeit the defendant's right, title, and interest in the above-described property pursuant to the Supplemental Verdict Form.

  5.  Upon the issuance of a Preliminary Order of Forfeiture, the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property to be forfeited, and will publish notice at www.forfeiture.gov of the Court's Order and the United States' intent to dispose of the property to be forfeited in such manner as the Attorney General may direct.

## **Conclusion**

  The government respectfully requests that the Court issue the proposed Preliminary Order of Forfeiture and forfeit to the government the defendant's interest in the aforementioned property.

Respectfully submitted,

JOHN M. BALES
United States Attorney

\_\_\_/s/_____
G.R. JACKSON
Assistant United States Attorney
Texas Bar No. 00784874
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on August 12, 2016.

\_\_\_/s/_____
G.R. JACKSON